# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDERICK W. ADKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>H.M. BYRNE, *et al.*,<br><br>    Defendants. | Case No. 2:14-cv-00626-RFB-VCF<br><br>**ORDER** |

This matter is before the Court on Plaintiff Frederick Adkins's Motion for Review – Status Check. ECF No. 27. In his motion, Adkins requests that the Court review his Motion for Enlargement of Time, ECF No. 23, in which he requested additional time to respond to Defendants' Answer and to file a reply in support of his Motion for Default Judgment.

At the outset, the Court notes that it already ruled on the motion for which Adkins requests review on February 17, 2015. See Minute Order in Chambers, ECF No. 24. In that ruling, the Court granted the motion in part and denied it in part. The Court extended Adkins's deadline to March 30, 2015 to file a reply in support of his Motion to Default Judgment. However, the Court denied Adkins's request for additional time to respond to Defendants' Answer because no response was required to that pleading.

The Court cannot determine from Adkins's Motion for Review whether he filed it because he did not receive a copy of the Court's ruling on his Motion for Enlargement of Time or because he is requesting reconsideration of that ruling. To the extent Adkins filed the Motion for Review because he did not receive the previous Order, the Court directs that the Clerk of Court issue Adkins a copy of the docket sheet for this case. The Court also exercises its

/ / /

1  discretion to grant Adkins an additional fourteen days to file a reply in support of his Motion for
2  Default Judgment.
3        However, to the extent Adkins requests reconsideration of the Court's decision to deny
4  him leave to file a response to Defendants' Answer, the Court denies that request. Replies to
5  answers are generally not necessary and are only permitted with leave of Court. <u>See</u> Fed. R. Civ.
6  P. 7(a). Here, Defendants did not assert any counterclaims in their Answer, nor did they move for
7  dismissal. A response to the Answer is therefore not permitted.

## **ORDER**

For the reasons stated above,

**IT IS HEREBY ORDERED** that Plaintiff Frederick W. Adkins's Motion for Review – Status Check (ECF No. 27) is GRANTED IN PART and DENIED IN PART. The Clerk of Court is directed to mail a copy of the docket sheet in this case to Plaintiff along with a copy of this Order. Plaintiff shall have until **June 12, 2015** to file a reply in support of his Motion for Default Judgment.

DATED: May 29, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**